1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT

7                            FOR THE DISTRICT OF ARIZONA

8    Frank Nunez,                          )    No.  CV-22-01939-PHX-SPL
                                           )
9                                          )
                        Petitioner,        )
10                                         )    **ORDER**
     vs.                                   )
11                                         )
                                           )
12   Maricopa County Attorney, et al.,     )
                                           )
13                                         )
                        Respondents.       )
                                           )
14   _____)

15         Petitioner Frank Nunez has filed an Amended Petition for Writ of Habeas Corpus

16   pursuant to 28 U.S.C. § 2254 (Doc. 4). The Honorable Michael T. Morrissey, United States

17   Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 13),

18   recommending that the Court deny the Amended Petition. Judge Morrissey advised the

19   parties that they had fourteen (14) days to file objections to the R&R and that failure to file

20   timely objections could be considered a waiver of the right to obtain review of the R&R.

21   (Doc. 13 at 6) (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-*

22   *Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

23         The parties did not file objections, which relieves the Court of its obligation to

24   review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

25   (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is

26   not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

27   determine de novo any part of the magistrate judge's disposition that has been properly

28   objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken.

The Court will adopt the R&R and deny the Petition. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1.      That Magistrate Judge Michael T. Morrissey's Report and Recommendation (Doc. 13) is **accepted** and **adopted** by the Court;

2.      That the Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Doc. 4) is **denied** and **dismissed with prejudice**;

3.      That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**; and

4.      That the Clerk of Court shall **terminate** this action.

Dated this 30th day of October, 2023.

Honorable Steven P. Logan
United States District Judge